```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14772
   LAVITA J BUCKNER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7568


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 08/15/2007 and was not confirmed.

     The case was dismissed without confirmation 11/14/2007.
----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                         PAID          PAID
----------------------------------------------------------------------
CITY OF CHICAGO WATER DE SECURED              158.79          .00            .00
GMAC                     SECURED VEHIC      35636.12          .00            .00
GMAC                     UNSEC W/INTER    NOT FILED           .00            .00
WASHINGTON MUTUAL        CURRENT MORTG          .00           .00            .00
WASHINGTON MUTUAL        MORTGAGE ARRE    33163.00            .00            .00
CODILIS & ASSOCIATES     NOTICE ONLY     NOT FILED            .00            .00
WASHINGTON MUTUAL        CURRENT MORTG          .00           .00            .00
WASHINGTON MUTUAL        MORTGAGE ARRE     7418.69            .00            .00
UMLI HOME VEST CAPITAL   SECURED NOT I          .00           .00            .00
ASPIRE                   UNSEC W/INTER     1054.33            .00            .00
CITY OF CHICAGO PARKING  UNSEC W/INTER   NOT FILED            .00            .00
ARNOLD SCOTT HARRIS      NOTICE ONLY     NOT FILED            .00            .00
LINEBARGER GOGGAN BLAIR  NOTICE ONLY     NOT FILED            .00            .00
UMLI HOME VEST CAPITAL   SECURED NOT I          .00           .00            .00
TIMOTHY K LIOU           DEBTOR ATTY         509.20                          .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                          --------------        --------------
TOTALS                         .00                   .00



                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 14772 LAVITA J BUCKNER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 14772 LAVITA J BUCKNER